UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-61167-RNS

SHAMICA ELIZABETH FISHER,

    Plaintiff,

v.

RESIDENTIAL REALTY SERVICES CORP.
A/K/A REALTY SERVICES CORP.,

    Defendant.
_____/

### SUMMONS IN A CIVIL ACTION

TO:    Defendant:    Residential Realty Services Corp.
                                a/k/a Realty Services Corp.
        Registered Agent:   Igor M. Olenicoff
                                1062 Coral Ridge Drive
                                Coral Springs, FL 33071

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Elliot Kozolchyk, Esquire    Phone:  (786) 924-9929
        Koz Law, P.A.                Fax:    (786) 358-6071
        320 S.E. 9th Street           Email: ekoz@kozlawfirm.com
        Fort Lauderdale, Florida 33316

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/2/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts